UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERTSON'S LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:25-cv-02406 |
| HOPKINS WALNUT HILL PLAZA, LTD, | § § § § | |
| Defendant. | § | |

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.1(c) of the Local Civil Rules of the United States District Court for the Northern District of Texas, Plaintiff Albertson's LLC ("**Albertsons**"), by and through its undersigned counsel, provides the following information:

Albertson's LLC is a wholly owned subsidiary of Albertsons Safeway LLC, which is a wholly owned subsidiary of Albertsons Companies, Inc. ("**ACI**"). ACI is a publicly traded company on the New York Stock Exchange under the symbol ACI. ACI has no parent corporation or publicly held corporation owning 10% or more of its stock.

As of this date, other than as disclosed herein, none with respect to the following: all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

1

Date:  September 5, 2025                                    Respectfully submitted,

                                        By:        /s/ *Cara Kelly*
                                                     Cara Kelly
                                                     Texas State Bar No.: 24074518
                                                     Sydney Sgovio
                                                     Texas State Bar No. 24131289
                                                   Greenberg Traurig LLP
                                                   300 West 6th Street, Suite 2050
                                                   Austin, Texas 78701
                                                   (512) 320-7209 (telephone)
                                                   (512) 320-7210 (facsimile)
                                                   kellyc@gtlaw.com
                                                   sydney.sgovio@gtlaw.com

                                                   -and-

                                                   Sarah Michelle Stearns
                                                   Texas State Bar No.: 24099029
                                                   2200 Ross Avenue, Suite 5200
                                                   Dallas, Texas 75201
                                                   (214) 665-3600 (telephone)
                                                   (214) 665-3601 (facsimile)
                                                   Sarahmichelle.stearns@gtlaw.com

                                                   **ATTORNEYS FOR PLAINTIFF**
                                                   **ALBERTSON'S LLC**

## CERTIFICATE OF SERVICE

     On September 5, 2025, I filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.  I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

                                                                     /s/ *Cara Kelly*
                                                                     Cara Kelly